AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOSEPH Q.<br>*Plaintiff*<br>v.<br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | )<br>)<br>)   Civil Action No. 4:25-CV-05118-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Pursuant to the Court Order at ECF No 10, the parties' Motion for a Stipulated Remand, ECF No. 8, is GRANTED. The decision of the Commissioner is reversed and remanded.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian.


Date: 12/15/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*